UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>City of Laconia, et al.</u>

        v.                        Civil No. 05-cv-306-JD

<u>Atlantic Administrators Insurance Agency, Inc., et al.</u>

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

      SO ORDERED.

October 15, 2007                                <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                      Joseph A. DiClerico, Jr.
                                                       United States District Judge

cc:    Russell Hilliard, Esq.
        William Pandolph, Esq.